USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/11/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
 :
UNITED STATES OF AMERICA
 :
           -v.-                                  ORDER OF FORFEITURE
 :
JOSE LUIS LARA RUIZ,                             09 Cr. 1178 (DAB)
    a/k/a "Lara,"
    a/k/a "Amigo,"                     :
 :
           Defendant.
 :
- - - - - - - - - - - - - - - - - - -x

   WHEREAS, on December 14, 2009, JOSE LUIS LARA RUIZ, a/k/a "Lara," a/k/a "Amigo," (the "defendant") was charged in a one-count Indictment, 09 Cr. 1178 (DAB) (the "Indictment"), with identity theft, in violation of 18 U.S.C. §§ 1028(a)(2), (b)(1)(A), and (b)(1)(B);

   WHEREAS, the Indictment included a forfeiture allegation providing notice that, as a result of the offense alleged in Count One of the Indictment, the defendant shall forfeit, pursuant to 18 U.S.C. § 982, all property, real and personal, constituting or derived from proceeds obtained directly or indirectly as a result of the offense charged in Count One of the Indictment;

   WHEREAS, on February 22, 2010, the defendant pled guilty to Count One of the Indictment;

1

WHEREAS, on June 10, 2010, the defendant was sentenced and ordered to forfeit all proceeds obtained as a result of the offense charged in Count One of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $1310 in United States Currency shall be entered against the defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C)(iii). In addition, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offenses.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the defendant and is deemed part of the sentence of the defendant and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production

of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e). The Court may amend this Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b)(2)(C)(iii) when additional specific property is identified or the amount of the money judgment has been calculated.

6. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       June  /0 , 2010            SO ORDERED:

                                  _____
                                  HONORABLE DEBORAH A. BATTS
                                  UNITED STATES DISTRICT JUDGE

3